IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:09cr167-MHT |
| | ) | (WO) |
| MARIO CHANTIE McCULLOUGH | ) | |

ORDER

Upon consideration of defendant Mario Chantie McCullough's motion to modify or terminate supervised release (doc. no. 178), and based on McCullough's successful completion so far of over three years of his four-year term of supervised release, including compliance with all conditions of release, his stable residence and employment, his lack of substance abuse, and his lack of new arrests or warrants, and based on the government's response that it and the Probation Department do not oppose early termination, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Mario Chantie McCullough's term of

supervised release is terminated effective immediately, and he is discharged.

DONE, this the 24th day of October, 2018.

                                       /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE